**Order entered October 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01253-CV

### D. C. INDIVIDUALLY AND A/N/F M.M., ET AL., Appellants

### V.

### DARIUS MCCLINTON-HUNTER, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

The Court has before it appellant D.C. individually and as next friend of M.M.'s September 20, 2013 motion to dismiss as to their appeal only. We **GRANT** the motion and **DISMISS** appellant D.C. individually and as next friend of M.M. from this appeal. This dismissal has no effect on the remaining appellants. We **ORDER** that appellant D.C. individually and as next friend of M.M. and appellee Darius McClinton-Hunter bear their own costs of this appeal.

/s/    MOLLY FRANCIS
        JUSTICE